853 A.2d 1014

### Michael WOODSON, Appellant

v.

### PENNSYLVANIA BOARD OF PROBATION PAROLE, Appellee.

Supreme Court of Pennsylvania.

July 12, 2004.

## ORDER

PER CURIAM.

**AND NOW,** this 12th day of July, 2004, probable jurisdiction is noted and the order appealed is affirmed.